UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-26-F
No. 5:06-CV-24-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | NOTICE & ORDER |
| ) | |
| JEFFREY R. MacDONALD, ) | |
| Movant. ) | |
| ) | |

Pursuant to 18 U.S.C. § 3600(b), the court hereby gives NOTICE to the Government that a Motion for a Hearing and Motion for New Trial Pursuant to the Innocence Protection Act, [DE-176] has been filed on behalf of movant, Jeffrey R. MacDonald. *See* 18 U.S.C. § 3600(b)(1)(A).

The Government is DIRECTED to respond to MacDonald's motion on or before ___Dec. 1, 2011___. *See* 18 U.S.C. § 3600(b)(1)(B).

As necessary to carry out the proceedings under § 3006, to the extent possible in light of the age and prior testing of the evidence, the Government is DIRECTED to preserve the specific evidence referenced in MacDonald's above-referenced motion. *See* 18 U.S.C. § 3600(b)(2).

**This order in no way intends or serves to express any opinion concerning the sufficiency, propriety, timeliness, or merits of MacDonald's § 3600 motion.**

SO ORDERED.

This, the 21st day of September, 2011.

JAMES C. FOX
Senior United States District Judge