UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-26-F
No. 5:06-CV-24-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| JEFFREY R. MacDONALD, | ) | |
| Movant | ) | |

Upon Motion of the Government, and for good cause shown, the Court hereby extends the deadline for the filing of the Government's response to Movant's Motion for a Hearing [DE-175] and Motion for New Trial Pursuant to the Innocence Protection Act [DE-176] to December 13, 2011, and the deadline for the Movant's reply to January 6, 2012.

SO ORDERED, this _10th_ day of November, 2011.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE